UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fitzgerald & Associates, P.C.
  By: Nicholas Fitzgerald, Esq. --NF6129
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Counsel for the Debtor

| | |
|---|---|
| In Re:<br><br>Qaisar A. Bhatti | Case No.: _____17-29232_____<br><br>Judge: _____Stacey L. Meisel_____<br><br>Chapter:            13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.  ☒ Motion for Relief from the Automatic Stay filed by _____Towd Point Mortgage_____,
    creditor,

    A hearing has been scheduled for _____September 9, 2020_____, at _10:00a.m._.


    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.


    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.


2.  I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not
    been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
I can make a payment before the hearing date but I will need more time to catch up.

3.   This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.   I certify under penalty of perjury that the above is true.

Date: 08 / 18 / 2020

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1.   Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.   Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*