| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>JILL A. MANZO, ESQ.<br>SPS1782<br>bankruptcy@feinsuch.com | **Order Filed on October 14, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>QAISAR A. BHATTI<br><br> Debtor(s). | Case No.:  17-29232 SLM<br><br>Hearing Date: October 14, 2020<br><br>Judge:  Honorable Stacey L. Meisel |

### ORDER ON MOTION FOR AUTHORIZATION TO ENTER INTO TRIAL LOAN MODIFICATION AGREEMENT (CHAPTER 13)

The relief set forth on the following page is **ORDERED**.

DATED: October 14, 2020

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having reviewed the MOTION TO AUTHORIZE TRIAL LOAN MODIFICATION PLAN filed on **September 14, 2020,** as to the first mortgage concerning real property located at 196 GRIFFITH ST, JERSEY CITY, NJ 07307, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

1. The debtor is authorized to enter into the trial loan modification and upon completion of the trial loan modification, a Motion for Authorization to Enter into Final Loan Modification Agreement must be filed.

2. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.