Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29232−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Qaisar A. Bhatti
   196 Griffith Street, 2nd Floor
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−1051

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/27/21 at 10:00 AM

to consider and act upon the following:

*47* – Motion to Approve Loan Modification with Select Portfolio Servicing Inc. Filed by James J. Fitzpatrick on behalf of Qaisar A. Bhatti. Objection deadline is 12/30/2020. (Attachments: # 1 Debtor's Certification in Support # 2 Copy of Modified Mortgage Agreement # 3 Certification of Service # 4 Proposed Order) (Fitzpatrick, James) INCORRECT PROPOSED ORDER ATTACHED. Modified on 12/17/2020 (ntp).

*48* – Objection to Debtor's Motion to Approve Loan Modification (related document:47 Motion to Approve Loan Modification with Select Portfolio Servicing Inc. Filed by James J. Fitzpatrick on behalf of Qaisar A. Bhatti. Objection deadline is 12/30/2020. (Attachments: # 1 Debtor's Certification in Support # 2 Copy of Modified Mortgage Agreement # 3 Certification of Service # 4 Proposed Order) (Fitzpatrick, James) INCORRECT PROPOSED ORDER ATTACHED. Modified on 12/17/2020 (ntp). filed by Debtor Qaisar A. Bhatti) filed by Jill Manzo on behalf of Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019−3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE. (Attachments: # 1 Certificate of Service) (Manzo, Jill)

Dated: 12/28/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court