Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29232−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Qaisar A. Bhatti
   196 Griffith Street, 2nd Floor
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−1051

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/27/21 at 10:00 AM

to consider and act upon the following:

*47* − Motion to Approve Loan Modification with Select Portfolio Servicing Inc. Filed by James J. Fitzpatrick on behalf of Qaisar A. Bhatti. Objection deadline is 12/30/2020. (Attachments: # 1 Debtor's Certification in Support # 2 Copy of Modified Mortgage Agreement # 3 Certification of Service # 4 Proposed Order) (Fitzpatrick, James) INCORRECT PROPOSED ORDER ATTACHED. Modified on 12/17/2020 (ntp).

*48* − Objection to Debtor's Motion to Approve Loan Modification (related document:47 Motion to Approve Loan Modification with Select Portfolio Servicing Inc. Filed by James J. Fitzpatrick on behalf of Qaisar A. Bhatti. Objection deadline is 12/30/2020. (Attachments: # 1 Debtor's Certification in Support # 2 Copy of Modified Mortgage Agreement # 3 Certification of Service # 4 Proposed Order) (Fitzpatrick, James) INCORRECT PROPOSED ORDER ATTACHED. Modified on 12/17/2020 (ntp). filed by Debtor Qaisar A. Bhatti) filed by Jill Manzo on behalf of Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019−3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE. (Attachments: # 1 Certificate of Service) (Manzo, Jill)

Dated: 12/28/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 17-29232-SLM

Qaisar A. Bhatti                                                                              Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 28, 2020 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

**Recip ID           Recipient Name and Address**
db                  +   Qaisar A. Bhatti, 196 Griffith Street, 2nd Floor, Jersey City, NJ 07307-2927

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

**Name**                                    **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@rasflaw.com

Denise E. Carlon
    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee DMcDonough@flwlaw.com

James J. Fitzpatrick
    on behalf of Debtor Qaisar A. Bhatti nickfitz.law@gmail.com
    nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

James Patrick Shay
    on behalf of Creditor BANK OF AMERICA  N.A. shay@bbs-law.com, jpshay@gmail.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: ntchrgbk | Total Noticed: 1 |

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2018-PM17 bankruptcy@fskslaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas Fitzgerald
    on behalf of Debtor Qaisar A. Bhatti fitz2law@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12